UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES LEONARD RICALLS, | No. 2:22-cv-2322 KJM CKD P |
| Plaintiff, | |
| v. | ORDER |
| R. SMITH, | |
| Defendants. | |

Plaintiff, a state prisoner proceeding pro se, has filed a request to proceed in forma pauperis on appeal. Examination of the in forma pauperis affidavit reveals that plaintiff is unable to afford the costs of suit. Accordingly, IT IS HEREBY ORDERED that the request for leave to proceed in forma pauperis on appeal is granted. See 28 U.S.C. § 1915(a).

Dated: June 13, 2023

CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

1
rica2322.4a